IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN W. SMITH, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BETHEL TOWNSHIP and | : | |
| JOHN L. CAIRO, | : | No. 11-2967 |
|     Defendants. | : | |

## ORDER

AND NOW, this **5th** day of **January, 2012**, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum dated January 5, 2012, it is hereby **ORDERED** that:

1. The motion (Document No. 11) is **GRANTED**.

2. Plaintiff's claims are **DISMISSED**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
Berle M. Schiller, J.